# EXHIBIT "A"

**Asset List - February 2021 (Grasan Equipment Company, Inc.)**

| No. | Category | Description | Date in Service |
|---|---|---|---|
| 1 | Vehicular | 2011 Jeep SUV | 12/13/2013 |
| 2 | Vehicular | 42' Fruehauf Trailer | 6/1/1978 |
| 3 | Vehicular | 78 Mack Yard Truck | 4/20/1999 |
| 4 | Vehicular | 2007 Kenworth 1375 | 11/8/2006 |
| 5 | Equipment | Monarch Welder | 8/1/1974 |
| 6 | Equipment | Wiring Cranes | 11/1/1975 |
| 7 | Equipment | Parts Bin | 12/1/1975 |
| 8 | Equipment | Scale | 12/1/1975 |
| 9 | Equipment | 10 Ton Crane | 1/1/1976 |
| 10 | Equipment | Hoist I Trolley | 2/1/1976 |
| 11 | Equipment | Welder & Auto Feed | 2/1/1976 |
| 12 | Equipment | Scaffolding | 3/1/1976 |
| 13 | Equipment | Turret Lathe | 3/1/1976 |
| 14 | Equipment | Cranes-Shop | 6/1/1976 |
| 15 | Equipment | Clousing Drill | 6/1/1976 |
| 16 | Equipment | Ram 3-Ton Crane | 6/1/1976 |
| 17 | Equipment | Power Press Brake | 6/1/1976 |
| 18 | Equipment | Overhead Crane | 6/1/1976 |
| 19 | Equipment | Welder S/N 77 Wad | 10/1/1977 |
| 20 | Equipment | 3 Ton Elec. Hoists | 3/1/1978 |
| 21 | Equipment | Crane | 3/1/1978 |
| 22 | Equipment | 3 Hoists-3 Trolleys | 8/1/1978 |
| 23 | Equipment | Refrigerator Manual | 9/1/1978 |
| 24 | Equipment | Wiring Bridges For | 9/1/1978 |
| 25 | Equipment | 20in Wilton Press | 2/1/1979 |
| 26 | Equipment | 2 Mig Welders | 6/1/1979 |
| 27 | Equipment | Acetylene Welding | 6/1/1979 |
| 28 | Equipment | Wissong 36in Power | 6/1/1979 |
| 29 | Equipment | Welding Gun | 7/1/1979 |
| 30 | Equipment | Hyster Forklift | 7/1/1979 |
| 31 | Equipment | 2 - 1/2 Ton Electric | 7/1/1979 |
| 32 | Equipment | 2 Welders | 7/1/1979 |
| 33 | Equipment | Overhead Door | 9/1/1979 |
| 34 | Equipment | Two Welders | 3/1/1980 |
| 35 | Equipment | Lincoln Weld Gun | 8/1/1982 |
| 36 | Equipment | Lincoln Undercarrig | 11/1/1983 |
| 37 | Equipment | Transit Acrs 30895 | 8/1/1984 |
| 38 | Equipment | Miller Welder | 12/1/1984 |
| 39 | Equipment | Hydralic Punch | 7/1/1985 |
| 40 | Equipment | Harris Cutting | 1/1/1986 |
| 41 | Equipment | Bins And Cabinet | 1/1/1986 |
| 42 | Equipment | Hyster Fork Lift | 7/1/1986 |

| | | | |
|---|---|---|---|
| 43 | Equipment | 1/2 Ton Electric | 2/10/1987 |
| 44 | Equipment | Ironworker | 4/25/1987 |
| 45 | Equipment | Wng 12964 Oilless | 5/5/1987 |
| 46 | Equipment | Pace Hydrlic Press | 9/23/1987 |
| 47 | Equipment | Yale Hoist | 5/25/1988 |
| 48 | Equipment | Torch & Cylinders | 6/29/1988 |
| 49 | Equipment | 6-Welders & Feeders | 7/25/1988 |
| 50 | Equipment | Scales & Welders | 12/3/1988 |
| 51 | Equipment | Welders Clamps & E | 4/6/1989 |
| 52 | Equipment | Welding Guns Cables | 6/30/1989 |
| 53 | Equipment | Lunchroom Chairs | 7/31/1989 |
| 54 | Equipment | Hydralic Punch | 8/31/1989 |
| 55 | Equipment | Shear Notching Blad | 1/31/1990 |
| 56 | Equipment | Industrial Cutter | 6/22/1990 |
| 57 | Equipment | Wilton C-2 Vise | 1/10/1991 |
| 58 | Equipment | Welding Torch | 4/25/1991 |
| 59 | Equipment | Hydraulic Punch-2 | 7/14/1991 |
| 60 | Equipment | Heater-Paint Strge | 11/10/1991 |
| 61 | Equipment | Vise-M7882X | 12/25/1991 |
| 62 | Equipment | Plasma Burner | 1/31/1992 |
| 63 | Equipment | Control Panel | 1/31/1992 |
| 64 | Equipment | 3 Volt Contactor | 1/31/1992 |
| 65 | Equipment | Water Table | 1/31/1992 |
| 66 | Equipment | Pads-Water Table | 1/31/1992 |
| 67 | Equipment | Paint-Water Table | 1/31/1992 |
| 68 | Equipment | Drives-Water Table | 1/31/1992 |
| 69 | Equipment | 1/2 Ton Lift | 3/10/1992 |
| 70 | Equipment | Vise-M1008X | 3/25/1992 |
| 71 | Equipment | Lincoln Weld Gun | 5/10/1992 |
| 72 | Equipment | Air Grinder | 5/10/1992 |
| 73 | Equipment | Scissors Lift | 5/31/1992 |
| 74 | Equipment | Welders-2 | 5/31/1992 |
| 75 | Equipment | Welder - (U) | 5/31/1992 |
| 76 | Equipment | Pipe Threader | 5/31/1992 |
| 77 | Equipment | Torch Assembly | 7/10/1992 |
| 78 | Equipment | Welder Equipment | 7/10/1992 |
| 79 | Equipment | Crane Wheels-14 | 7/25/1992 |
| 80 | Equipment | Rotary Overhead Lift | 9/21/1992 |
| 81 | Equipment | Used Grinder & Weld | 4/30/1993 |
| 82 | Equipment | Magnetic Drill | 7/25/1993 |
| 83 | Equipment | 2 New Air Grinders | 6/30/1994 |
| 84 | Equipment | 3 Hobart Welders £ | 1/16/1995 |
| 85 | Equipment | Lunchroom Microwave | 1/31/1995 |
| 86 | Equipment | Air Comp Refrig Unit | 6/7/1995 |
| 87 | Equipment | Welding Torch | 10/23/1995 |
| 88 | Equipment | Beams For Crane | 10/23/1995 |
| 89 | Equipment | Crane Hoists/Trolle | 10/31/1995 |

| | | | |
|---|---|---|---|
| 90 | Equipment | Crane Coupling/Chai | 11/3/1995 |
| 91 | Equipment | Adjustable Trolley | 11/3/1995 |
| 92 | Equipment | Crane Grab Hooks | 11/7/1995 |
| 93 | Equipment | Crane Parts | 1/31/1996 |
| 94 | Equipment | Fabstar 4030 Welder | 2/29/1996 |
| 95 | Equipment | Crane Sling Hook | 3/5/1996 |
| 96 | Equipment | #1321 Reversing Drive | 10/14/1996 |
| 97 | Equipment | 2 Flatbed Storage T | 10/31/1996 |
| 98 | Equipment | Hystler Forklift | 10/31/1996 |
| 99 | Equipment | Mig Gun Kk415 | 11/5/1996 |
| 100 | Equipment | New Engine - Forklift | 11/13/1996 |
| 101 | Equipment | Cat Loader Sn D3D99 | 11/30/1996 |
| 102 | Equipment | Flatbed Storage Tra | 1/31/1997 |
| 103 | Equipment | 6 400 Amp Guns | 2/14/1997 |
| 104 | Equipment | Cat Loader Improvem | 2/28/1997 |
| 105 | Equipment | Behringer Saw | 2/28/1997 |
| 106 | Equipment | 6' Forklift Forks | 2/28/1997 |
| 107 | Equipment | Cat Loader Improvement | 3/31/1997 |
| 108 | Equipment | Forklift Improvement | 4/28/1997 |
| 109 | Equipment | Shop Microwave | 4/29/1997 |
| 110 | Equipment | Fabstar Welder 4030 | 5/27/1997 |
| 111 | Equipment | Jlp 15' Lift Puller | 6/12/1997 |
| 112 | Equipment | Haberle Saw | 6/30/1997 |
| 113 | Equipment | 2 Fans | 7/15/1997 |
| 114 | Equipment | 2 Cobalt Cutters | 9/30/1997 |
| 115 | Equipment | 6 400 Amp Guns | 11/11/1997 |
| 116 | Equipment | 500 Amp Mig Gun | 11/11/1997 |
| 117 | Equipment | Arcair Torch Assemb | 11/19/1997 |
| 118 | Equipment | Hobart Fabstar Weld | 12/9/1997 |
| 119 | Equipment | Genie Aerial Lift | 12/26/1997 |
| 120 | Equipment | Lunchroom Tables | 6/1/1998 |
| 121 | Equipment | Shelving | 6/30/1998 |
| 122 | Equipment | Shop Shelves | 10/31/1998 |
| 123 | Equipment | Northern 4000Psi Po | 11/25/1998 |
| 124 | Equipment | Forklift Sn Icm0046 | 12/25/1998 |
| 125 | Equipment | Forklift Sn Inf0033 | 11/25/1998 |
| 126 | Equipment | Taylor Forklift | 12/16/1998 |
| 127 | Equipment | Taylor Forklift Imp | 1/18/1999 |
| 128 | Equipment | (4) Lincoln Welders | 1/19/1999 |
| 129 | Equipment | Glass For Forklift | 3/6/1999 |
| 130 | Equipment | Grader Scarifier | 4/16/1999 |
| 131 | Equipment | Table For Saw | 5/4/1999 |
| 132 | Equipment | Roller Table | 5/8/1999 |
| 133 | Equipment | Shop Shelves | 6/17/1999 |
| 134 | Equipment | Gas Pump | 9/8/1999 |
| 135 | Equipment | Shop Shelves | 1/8/2000 |
| 136 | Equipment | 2 Port Mag Drills | 6/12/2000 |

| # | Type | Description | Date |
|---|---|---|---|
| 137 | Equipment | Fiberglass Step Lad | 7/1/2000 |
| 138 | Equipment | Hyster Forklift | 7/11/2000 |
| 139 | Equipment | Shop Storage Cabinet | 10/19/2000 |
| 140 | Equipment | Shop Heater | 10/23/2000 |
| 141 | Equipment | Metal Chop Saw | 11/18/2000 |
| 142 | Equipment | Hobart 2400 Welder | 11/18/2000 |
| 143 | Equipment | Hobart 450 Mega Mig | 11/18/2000 |
| 144 | Equipment | Jib Crane | 12/15/2000 |
| 145 | Equipment | Chain For Hoist-Ing | 12/18/2000 |
| 146 | Equipment | Hobart Feed Head | 1/15/2001 |
| 147 | Equipment | 3 Ton Electric Hois | 2/8/2001 |
| 148 | Equipment | 2 - Air Pumps | 2/17/2001 |
| 149 | Equipment | Air Compressor | 3/8/2001 |
| 150 | Equipment | Welder Power Unit | 3/9/2001 |
| 151 | Equipment | Welder Feeder | 3/14/2001 |
| 152 | Equipment | Drill Set | 3/20/2001 |
| 153 | Equipment | Comb. Vise W/ Swive | 3/20/2001 |
| 154 | Equipment | Steel Wall Cabinet | 3/20/2001 |
| 155 | Equipment | Storage Cabinets | 4/4/2001 |
| 156 | Equipment | Wardrobe Cabinet | 4/12/2001 |
| 157 | Equipment | Workstation | 4/30/2001 |
| 158 | Equipment | Workstation | 4/30/2001 |
| 159 | Equipment | 3 - 72X30 Benches | 4/30/2001 |
| 160 | Equipment | 2 - Drawer Inserts | 4/30/2001 |
| 161 | Equipment | 3 - Hose Reels | 4/30/2001 |
| 162 | Equipment | Manual Lift Scissor | 5/15/2001 |
| 163 | Equipment | Welder Regulator | 5/16/2001 |
| 164 | Equipment | Upright Sweeper | 7/7/2001 |
| 165 | Equipment | Battery Charger - H | 7/27/2001 |
| 166 | Equipment | Komatsu Fork Lift S | 11/29/2001 |
| 167 | Equipment | Cat Fork Lift Sn | 11/29/2001 |
| 168 | Equipment | Forklift Forks | 12/17/2001 |
| 169 | Equipment | Shop Desk | 2/14/2002 |
| 170 | Equipment | Mig Gun | 4/16/2002 |
| 171 | Equipment | Linatex Sprayer Equ | 10/5/2002 |
| 172 | Equipment | Side Lock Magnetic | 4/18/2005 |
| 173 | Equipment | New Welder Fittings | 3/7/2006 |
| 174 | Equipment | New Welders | 3/16/2006 |
| 175 | Equipment | Band Saw | 3/31/2006 |
| 176 | Equipment | Drill Line | 3/31/2006 |
| 177 | Equipment | Drill Line Installs | 3/31/2006 |
| 178 | Equipment | Plasma Burner Upgra | 3/31/2006 |
| 179 | Equipment | Burner Upgrade Inst | 3/31/2006 |
| 180 | Equipment | Burner Table Rework | 3/31/2006 |
| 181 | Equipment | Air Compressor | 3/31/2006 |
| 182 | Equipment | Drill Line Inserts | 4/7/2006 |
| 183 | Equipment | Drill Line Cabinets | 4/13/2006 |

| # | Category | Description | Date |
|---|---|---|---|
| 184 | Equipment | Mig Gun | 4/20/2006 |
| 185 | Equipment | Hypro Indicators | 4/21/2006 |
| 186 | Equipment | Welders Swivel Plat | 4/30/2006 |
| 187 | Equipment | Drill Line Parts | 5/10/2006 |
| 188 | Equipment | Chain Hoist & Chain | 5/11/2006 |
| 189 | Equipment | Drill Line Holders | 5/11/2006 |
| 190 | Equipment | Drill Line Cabinets | 5/12/2006 |
| 191 | Equipment | Burn Table Parts | 5/23/2006 |
| 192 | Equipment | Graco Paint Guns | 5/30/2006 |
| 193 | Equipment | Drill Line Parts | 6/1/2006 |
| 194 | Equipment | Angle Line | 6/22/2006 |
| 195 | Equipment | Angle Line Installs | 6/22/2006 |
| 196 | Equipment | Mig Guns | 7/10/2006 |
| 197 | Equipment | Angle Line Tool Box | 7/13/2006 |
| 198 | Equipment | Angle Line Tools | 7/13/2006 |
| 199 | Equipment | Drill Line Inserts | 8/7/2006 |
| 200 | Equipment | Angle Line Upgrade | 8/15/2006 |
| 201 | Equipment | Drill Line Holder | 8/23/2006 |
| 202 | Equipment | Plasma Burner Upgra | 9/8/2006 |
| 203 | Equipment | Paint Guns & Mixer | 9/20/2006 |
| 204 | Equipment | Hytorc Wrench | 11/1/2006 |
| 205 | Equipment | Hammer Drill & Impa | 11/1/2006 |
| 206 | Equipment | Paint Room Equipment | 12/4/2006 |
| 207 | Equipment | Cat Forklift Improv | 12/22/2006 |
| 208 | Equipment | Reversing Drill | 2/1/2007 |
| 209 | Equipment | Air Compressor | 4/19/2007 |
| 210 | Equipment | Air Comp Electric L | 5/24/2007 |
| 211 | Equipment | 2 Pedastal Fans | 8/9/2007 |
| 212 | Equipment | 3 Welders | 9/20/2007 |
| 213 | Equipment | Atlantic Hydraulic | 10/5/2007 |
| 214 | Equipment | 25 Ton Crane | 4/30/2008 |
| 215 | Equipment | Heater/Paint Room | 2/24/2010 |
| 216 | Equipment | Heater/Paint Room | 4/1/2010 |
| 217 | Equipment | Scan Head | 9/9/2010 |
| 218 | Equipment | Ironworker-New Cpu | 7/19/2013 |
| 219 | Equipment | Magnetic Drill | 11/14/2013 |
| 220 | Equipment | 1/2 Ton 3 Phase Lif | 11/14/2013 |
| 221 | Equipment | New Punches for Ironworker | 12/3/2013 |
| 222 | Equipment | Jig for Wide Conveyor | 6/30/2015 |
| 223 | Office | Metal Desk | 8/1/1970 |
| 224 | Office | File Cabinet | 8/1/1970 |
| 225 | Office | Office Furniture | 9/1/1972 |
| 226 | Office | Blueprint Cabinet | 6/1/1974 |
| 227 | Office | Typing Desk | 5/1/1978 |
| 228 | Office | 2-Drawer Filing | 11/1/1979 |
| 229 | Office | Gen. Office Furniture | 1/1/1980 |
| 230 | Office | Bookcase | 2/1/1980 |

| | | | |
|---|---|---|---|
| 231 | Office | Bookcase | 11/1/1983 |
| 232 | Office | Drawing Table | 12/1/1984 |
| 233 | Office | Engineering Bookcase | 1/1/1985 |
| 234 | Office | Used Desks | 5/1/1986 |
| 235 | Office | Telephone System | 7/27/1987 |
| 236 | Office | Computer Desk & Chair | 8/29/1987 |
| 237 | Office | File Cabinets | 7/31/1988 |
| 238 | Office | Office Furniture | 12/5/1988 |
| 239 | Office | Office Furniture & Chairs | 2/10/1989 |
| 240 | Office | Computer Table | 5/10/1989 |
| 241 | Office | Video Screen Case | 1/10/1990 |
| 242 | Office | Time Clock | 1/10/1990 |
| 243 | Office | Office Furniture | 10/31/1990 |
| 244 | Office | 2 Office Chairs | 12/10/1990 |
| 245 | Office | Office Chair | 1/31/1993 |
| 246 | Office | Used Office Furniture | 4/30/1993 |
| 247 | Office | Reception Area Desk | 5/11/1995 |
| 248 | Office | Keyboard Style Desk | 5/16/1995 |
| 249 | Office | Engineering Files | 5/31/1995 |
| 250 | Office | Safe & Transformers | 5/31/1995 |
| 251 | Office | Computel Comptr Hardware | 8/12/1996 |
| 252 | Office | Computel Comptr Software | 8/12/1996 |
| 253 | Office | Office Coffee Machine | 9/9/1996 |
| 254 | Office | High Back Chair | 10/14/1996 |
| 255 | Office | Tims Chair | 10/17/1996 |
| 256 | Office | Additional Payment | 10/31/1996 |
| 257 | Office | Bookcase - Matt's Office | 4/30/1997 |
| 258 | Office | Modular Eng Cubicle | 4/17/1998 |
| 259 | Office | Office Tables | 6/8/1998 |
| 260 | Office | Refinish Conf Room | 6/11/1998 |
| 261 | Office | 6 - 5 Drwr Flat File | 6/19/1998 |
| 262 | Office | 4 - 4 Dwr File Cabinet | 6/27/1998 |
| 263 | Office | Fax Machine Finlay | 7/7/1998 |
| 264 | Office | Verticle Blinds Office | 7/9/1998 |
| 265 | Office | 4 Files | 7/13/1998 |
| 266 | Office | Glass Conf Room Table | 7/16/1998 |
| 267 | Office | Computer Internet | 7/20/1998 |
| 268 | Office | 6 - 6X6 Colorstar Ma | 7/30/1998 |
| 269 | Office | 4 - 3X10 Colorstar Ma | 7/20/1998 |
| 270 | Office | Table Top - Chuck | 9/4/1998 |
| 271 | Office | Conf Room Small Table | 9/4/1998 |
| 272 | Office | Addl Cost - Credenza | 10/16/1998 |
| 273 | Office | New Telephone System | 10/30/1998 |
| 274 | Office | Conf Room Credenza | 11/25/1998 |
| 275 | Office | Conf Room Vcr | 11/30/1998 |
| 276 | Office | 5 Filing Cabinets | 9/1/2000 |
| 277 | Office | Nikon | 4/20/2001 |

| | | | |
|---|---|---|---|
| 278 | Office | Sams-Digital Camera | 4/25/2001 |
| 279 | Office | Pedestal Desk | 5/12/2001 |
| 280 | Office | Pedestal Desk w/Lock | 5/12/2001 |
| 281 | Office | New Telephone | 5/19/2001 |
| 282 | Office | Phone Control Center | 8/30/2005 |
| 283 | Office | Dell Computer-Howard | 1/24/2006 |
| 284 | Office | Autodesk Software-H | 1/24/2006 |
| 285 | Office | Dell Cad Computer | 2/7/2006 |
| 286 | Office | Dell Cad Computer | 2/7/2006 |
| 287 | Office | Dell Cad Computer | 2/7/2006 |
| 288 | Office | Dell Cad Computer | 2/7/2006 |
| 289 | Office | Draftsman Chair | 5/8/2006 |
| 290 | Office | Phone Line | 5/10/2006 |
| 291 | Office | Plotter-Engineering | 6/24/2006 |
| 292 | Office | Autocad Computer-St | 6/27/2006 |
| 293 | Office | RISA Engineering Software | 8/24/2006 |
| 294 | Office | Dell Server | 10/15/2006 |
| 295 | Office | Dell Engineering Computer | 2/28/2007 |
| 296 | Office | Dell Engineering Computer | 2/28/2007 |
| 297 | Office | Dell Engineering Laptop | 2/28/2007 |
| 298 | Office | Dell Monitor - Ferguson | 8/28/2007 |
| 299 | Office | Office Bundle - Engineering | 8/28/2007 |
| 300 | Office | Dell Computer - Engineering | 8/28/2007 |
| 301 | Office | Dell Computer | 10/1/2007 |
| 302 | Office | Dell Computer | 12/10/2007 |
| 303 | Office | Solid Works Software | 12/10/2007 |
| 304 | Office | Engineering Software | 4/1/2010 |
| 305 | Office | Engineering Printer | 7/1/2013 |
| 306 | Office | Computers | 12/24/2013 |
| 307 | Office | Computer | 1/21/2015 |
| 308 | Office | Server | 1/24/2015 |
| 309 | Office | Computers | 1/28/2015 |
| 310 | Office | Imaginit Engineering Software | 2/21/2017 |
| 311 | Office | 2 Computer - Microcenter | 5/13/2017 |
| 312 | Office | Imaginit Software Training | 5/30/2017 |
| 313 | Office | Computer - Seitz Solutions | 8/29/2017 |
| 314 | Office | Computer - Seitz | 2/9/2018 |
| 315 | Office | Computer - Seitz | 2/9/2018 |
| 316 | Office | Imaginit Software | 4/1/2018 |

| # | Item | Description | Value |
|---|---|---|---|
| 317 | Intellectual Property | Any intellectual property, along with all income, royalties, damages and payments due or payable to company, to the extent it exists, including damages and payments for past, present or future infringements or misappropriations thereof or other conflicts therewith, the right to sue and recover for past, present or future infringements or misappropriations thereof including all copies and tangible embodiments of any such inellectual property in company's possession or control. | - |
| 318 | Books and Records | Books and records of company together with all advertising, marketing and promotional materials and all other printed or written materials. | - |
| 319 | Misc. Person Property | Any miscellaneous personal property located at the 440 S. Illinois Avenue facility that is not otherwise specified herein. | - |